**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____  Original Plan

☐ _____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ Seventh _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Eileen Rodriguez D'Costa      JOINT DEBTOR: _____      CASE NO.: 18-24265-LMI

SS#: xxx-xx- 6178                    SS#: xxx-xx- _____

### I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,372.49       for months   1  to  75 ;
2. $6,135.27       for months  76  to  76 ;
3. $5,333.53       for months  77  to  84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $8,325.00 | Total Paid: | $1,500.00 | Balance Due: | $6,825.00 |
|---|---|---|---|---|---|
| Payable | $75.75 | /month (Months  1 to 75 ) | | | |
| Payable | $775.00 | /month (Months 76 to 76 ) | | | |
| Payable | $46.14 | /month (Months 77 to 84 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 + $15.00 + $775.00= $4,425.00 plus $525.00 x2 = $1,575.00 MTM(3)  plus $ 775.00 MTM plus $ 775.00 6MP=$7,550.00 plus $ 775.00 (MTM)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS  ☐ NONE

**A. SECURED CLAIMS:** ■ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Bank, as Trustee for Carrington Mortgage Service
   Address: Carrington Mortgage Serv      Arrearage/ Payoff on Petition Date  $63,576.39
   P.O Box 3730                           Arrears Payment (Cure)   $681.46  /month (Months 1 to 75 )

Debtor(s): Eileen Rodriguez D'Costa       Case number: 18-24265-LMI

|  |  |  |  |
|---|---|---|---|
| Anaheim, CA 92806 | Arrears Payment (Cure) | $1,385.22 | /month (Months 76 to 84) |
|  | Regular Payment (Maintain) | $1,450.82 | /month (Months 1 to 75) |
| Last 4 Digits of Account No.: 7676 | Regular Payment (Maintain) | $3,339.41 | /month (Months 76 to 84) |

Other: _____

■ Real Property   Check one below for Real Property:
  ■ Principal Residence   ■ Escrow is included in the regular payments
  ☐ Other Real Property   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
11410 SW 113th Terrace, Miami FL 33176

☐ Personal Property/Vehicle
Description of Collateral: _____

2. Creditor: Wells Fargo Bank, as Trustee for Carrington Mortgage Services ( Post Petition Attorney's Fees)

| Address: Carrington Mortgage Serv P.O Box 3730 Anaheim, CA 92806 | Arrearage/ Payoff on Petition Date | $1,145.00 |  |
|---|---|---|---|
|  | Arrears Payment (Cure) | $9.29 | /month (Months 1 to 75) |
|  | Arrears Payment (Cure) | $49.86 | /month (Months 76 to 84) |
| Last 4 Digits of Account No.: 7676 |  |  |  |

Other: _____

■ Real Property   Check one below for Real Property:
  ■ Principal Residence   ■ Escrow is included in the regular payments
  ☐ Other Real Property   ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
11410 SW 113th Terrace, Miami FL 33176

☐ Personal Property/Vehicle
Description of Collateral: _____

B. **VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

| 1. Creditor: Citibank, N.,A. | Value of Collateral: $43,937.00 | **Payment** |
|---|---|---|
| Address: c/o Rubin & Debski, P.A. P.O. Box 47718 Jacksonville, FL 32247 | Amount of Creditor's Lien: $3,798.39 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: SP23 | Interest Rate: 0.00% | $0.00 /month (Months 1 to 84) |
| Real Property ■ Principal Residence ☐ Other Real Property | Check one below: ☐ Escrow is included in the monthly mortgage payment listed in this section ■ The debtor(s) will pay  ■ taxes  ■ insurance directly |  |
| Address of Collateral: 11410 SW 113th Terrace, Miami FL 33176 |  |  |

Debtor(s): Eileen Rodriguez D'Costa          Case number: 18-24265-LMI

    2. **VEHICLES(S):** ■ NONE

    3. **PERSONAL PROPERTY:** ■ NONE

  C. **LIEN AVOIDANCE** ■ NONE

  D. **SURRENDER OF COLLATERAL:** ■ NONE

  E. **DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee. The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Nissan Motor Acceptance | 0001 | 2008 Nissan XTerra |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

    Pay   $0.65   /month (Months  1  to  75  )

    Pay   $28.03   /month (Months  76  to  84  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ■ NONE

VI. **STUDENT LOAN PROGRAM** ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

    ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

IX. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Confirmation of the plan shall not prevent Debtor's counsel from filing an Application for Compensation for work performed pre-confirmation.

Debtor's counsel reserves the right to modify the plan to provide for any pre-petition and post-petition work performed on the Debtor's behalf that exceeds the amount currently included in the plan. The regular monthly payment is $ 1,685.23 from months 1 to 16 ( $ 26,963.68) and $1,586.77 from months 17 to 28 ($ 19,041.24) and $1,593.38 from months 29 to 40 ($ 19,120.56) and $1,614.70 from months 41 to 52 ($ 19,346.88) and $ 1,614.70 months 53 to 64 ($ 19,376.40) and $ 1,622.42 months 65 to 75 ($ 17,846.62) and $ 1,656.73 from months  76 to 84 ( $ 14,910.57) = $136,605.95.

☐ Mortgage Modification Mediation

Debtor(s): Eileen Rodriguez D'Costa          Case number: 18-24265-LMI

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Eileen_ Debtor                                                                 Joint Debtor
Eileen Rodriguez D'Costa          Date                                                                Date

_____          Date
Attorney with permission to sign on
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.